IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00549-WYD-MEH
(associated with Case No. 2:11-cv-1202-TS, United States District Court, District of Utah)

VIA WEST, INC., a Colorado corporation,

      Petitioner,

v.

RICH MEDIA CLUB, LLC, a Delaware limited liability company; and
RICH MEDIA WORLDWIDE, LLC, a Delaware limited liability company,

      Respondents.

## NOTICE OF WITHDRAWAL OF SUBPOENA TO VIA WEST

      Respondents Rich Media Club, LLC and Rich Media Worldwide, LLC (collectively "Rich Media"), by and through counsel, hereby give notice that they have withdrawn the Subpoena previously issued to ViaWest that is the subject of this matter.  On April 18, 2012, the United States District Court for the District of Utah in Case No. 2:11-cv-1202-TS (D. Utah 2012), issued a Memorandum Decision and Order on Rich Media's Motion to Compel and a Motion to Quash and for Protective Order filed by Nikolai Mentchoukov and LeftsNRights, Inc. (the "Utah Discovery Decision").  In the Utah Discovery Decision, the Utah District Court quashed a similar subpoena issued in Utah, but denied a motion for a protective order, ruling that new discovery should be issued after amendment of the complaint in that case, and that the parties may pursue any discovery issues relating to such further discovery as may be appropriate.  Consequently, consistent with the Utah Discovery Decision, the Subpoena issued to ViaWest

from this Court is withdrawn and the Petition to Quash Non-Party Subpoena filed by ViaWest is moot.

                                                            Respectfully submitted,

Dated: April 18, 2012                    By:    /s/ James K. Tracy_____
                                                               James K. Tracy
                                            BENNETT TUELLER JOHNSON & DEERE
                                            3165 East Millrock Drive, Suite 500
                                            Salt Lake City, UT 84121
                                            jtracy@btjd.com

                                            Telephone:    801-438-2000
                                            Facsimile:     801-438-2050

                                            ATTORNEYS FOR RESPONDENTS

CERTIFICATE OF SREVICE

      I certify that on this 18th day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which gave electronic notice to the following. I further certify that a true and correct copy of the foregoing was served via email and U.S. Mail, first class postage prepaid, upon the following:

    Terry E. Welch
    D. Craig Parry
    Chad S. Pehrson
    Parr Brown Gee & Loveless
    185 South State Street, Suite 800
    Salt Lake City, UT 84111
    twelch@parrbrown.com
    cparry@parrbrown.com
    cpehrson@parrbrown.com

    Todd P. Blakely
    James M. Burke
    Sheridan Ross P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202-5141
    tblakeley@sheridanross.com
    jburke@sheridanross.com

    /s/ Lindsay Stott
    Lindsay Stott
    Assistant to James K. Tracy
    BENNETT TUELLER JOHNSON & DEERE
    3165 East Millrock Drive, Suite 500
    Salt Lake City, UT 84121
    Telephone:   801-438-2000
    Facsimile:    801-438-2050
    Email:        jtracy@btjd.com
                      lstott@btjd.com