IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00549-WYD-MEH

VIAWEST, INC., a Colorado corporation,

     Petitioner,

v.

RICH MEDIA CLUB, LLC, a Delaware limited liability company, and
RICH MEDIA WORLDWIDE, LLC, a Delaware limited liability company,

     Respondents.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 27, 2012.**

     Pursuant to the Notice of Withdrawal of Subpoena to Via West [docket #9] and ViaWest, Inc.'s Statement Regarding Notice of Withdrawal of Non-Party Subpoena [Doc. No. 9] [docket #11], the Petition to Quash Non-Party Subpoena [filed March 1, 2012; docket #2] is **denied as moot**.